OPINION — AG — ** REVALUATION — TAXABLE PROPERTY STATUTE — CONSTITUTIONAL ** 68 O.S. 5201 [68-5201] — 68 O.S. 5212 [68-5212] [68-5212], CONCERNING REVALUATION OF ALL TAXABLE PROPERTY IN EACH COUNTY WITHIN THE STATE IS CONSTITUTIONAL AND VALID. (CLAIMS, COUNTY ASSESSOR REVALUATION FUND, COUNTY EQUALIZATION, COUNTY EXCISE, LEVY, TAXES, PROPERTY) CITE: 68 O.S. 5204 [68-5204] (PENN LERBLANCE)